## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA MAIELLANO, | : | CIVIL ACTION |
| vs. | : | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA. | : | NO. 17-01496 |

## **O R D E R**

**AND NOW, TO WIT:** This 21st day of September, 2017, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                      **KATE BARKMAN**, Clerk of Court

                                      **BY:** */s/ Katie Furphy*
                                              Katie Furphy
                                              Civil Deputy Clerk

Copies Emailed on 9/21/17 to:
  Jamie Ryan Hall, Esq.
  Steven J. Schildt, Esq.

Civ 2 (7/83)

41.1(b)